387 A.2d 920

Commonwealth v. Ney, Appellant.

Argued June 16, 1977. Richard L. Schuster, for appellant; L. Teti, with him Michael B. Kean, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.